UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**FORT LAUDERDALE DIVISION**

CASE NO:  15-CV-60764-LENARD/GOODMAN

SONEET KAPILA, as the Chapter 7 Trustee
of the Geoffrey Edelsten Bankruptcy Estate,

       Plaintiff,

v.

MATTHEW MILITZOK, an individual, and
MILITZOK & LEVY, P.A., a Florida professional
association,

       Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of the law firm of Shendell & Pollock, P.L., as counsel for Defendants, MATTHEW MILITZOK and MILITZOK & LEVY, P.A., in the above-styled cause, and hereby requests that any and all pleadings or other matters pertaining to this cause be served on the undersigned.

Dated:  May 26, 2015
       Boca Raton, FL

       **SHENDELL & POLLOCK, P.L.**
       A*ttorneys for Defendants*
       2700 North Military Trail; Ste. 150
       Boca Raton, Florida 33431
       Phone: (561) 241-2323
       Fax:    (561) 241-2330
       Email: gary@shendellpollock.com
             ken@shendellpollock.com

By:     /s/ Kenneth S. Pollock
       Gary R. Shendell
       Florida Bar No. 964440
       Kenneth S. Pollock
       Florida Bar No.: 69558

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 26th day of May, 2015.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Kenneth S. Pollock
Kenneth S. Pollock

## SERVICE LIST

| | |
|---|---|
| Robert A. Stok, Esq.<br>Joshua R. Kon, Esq.<br>*Attorneys for Plaintiff*<br>Stok Folk & Kon<br>18851 NE 29 Avenue; Ste. 1005<br>Aventura, FL 33180<br>rstok@stoklaw.com<br>jkon@stoklaw.com<br><br>**[VIA CM/ECF]** | |