# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

Case No.: 15-CV-60764-LENARD/GOODMAN

SONEET KAPILA, as the Chapter 7 Trustee
of the Geoffrey Edelsten Bankruptcy Estate,

     Plaintiff,

v.

MATTHEW MILITZOK, an individual, and
MILITZOK & LEVY, P.A., a Florida
professional association,

     Defendants.
_____/

## JOINT SCHEDULING REPORT

The parties, by and through undersigned counsel, and in accordance with this Court's Order, Rule 16.1 of the Local Rules of the United States District Court for the Southern District of Florida and Rule 26 of the Federal Rules of Civil Procedure, hereby submit this Joint Scheduling Report.

In conformity with Local Rule 16.1.B.2, the parties submit the following written report:

(a) <u>The likelihood of settlement</u>: At this time, the parties believe settlement is premature. However, the parties have agreed to continue to discuss an amicable resolution of the matter.

(b) <u>The likelihood of appearance in the action of additional parties</u>: At this time, the appearance of additional parties which have not been named in this action is unknown. However, the parties have agreed to October 30, 2015 as the deadline to join additional parties.

(c)     The necessity or desirability of amendments to the pleadings: the parties may wish to amend the pleadings in the future and therefore have agreed that all amendments must be made by October 30, 2015.

(d)     Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses:  At this time, the parties have no specific proposals for the formulation and simplification of issues; though, the parties agree to continue to work in good faith to simplify all issues, claims and defenses in this action.

(e)     Suggestions for the avoidance of unnecessary proof and of cumulative evidence: None at this time.  However, the parties will endeavor to reach agreements before trial.

(f)     The possibility of obtaining admissions of fact, stipulations regarding authenticity of documents, and the need for advance rulings from the Court on admissibility of evidence:  As it is still early in litigation, the parties have no specific proposals for admissions and/or stipulations of fact and/or authenticity of documents at this time.  The parties will work in good faith to so admit or stipulate, if possible. The parties are not presently aware of a need for advance rulings from the Court on the admissibility of any evidence.

(g)     A preliminary estimate of the time required for trial:  The parties estimate that trial will last 10 days.

(h)     Any other information that might be helpful to the Court in setting the case for status or pretrial conference:  None at this time.

(i) <u>Suggestions on the advisability of referring matters to a Magistrate Judge or master</u>: At this time, the parties do not agree to the referral of matters before the Magistrate Judge.

(j) <u>Requested date or dates for conferences before trial, a final pretrial conference, and trial</u>:

| | |
|---|---|
| Requested dates for conferences before Trial: | None at this time |
| Requested date for a Final Pretrial Conference: | October 24, 2016 |
| Requested date for Trial: | November 1, 2016 |

(k) <u>Proposed limits on the time</u>:

| | |
|---|---|
| August 28, 2015 | The parties shall exchange Rule 26 disclosures. |
| November 16, 2015 | The Parties shall file a joint interim status report, select mediator and jointly file a proposed order scheduling mediation. |
| July 1, 2016 | The Parties shall complete fact discovery. Parties shall submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition.<br><br>Plaintiff shall disclose the identity of expert witnesses, and provide expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). |
| July 21, 2016 | Defendant shall disclose the identity of expert witnesses, and provide expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). |
| August 21, 2016 | The parties shall file all dispositive motions. |
| September 1, 2016 | The Parties shall complete mediation and file a mediation report with the Court. |
| August 15, 2016 | The Parties shall complete all expert discovery. |
| September 15, 2016 | The Parties shall file all pretrial motions, including motion in Limine and Daubert motions. |

| | |
|---|---|
| October 7, 2016 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions and/or proposed findings of fact and conclusions of law shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. |

Dated: July 21, 2015

Respectfully submitted,

**STOK FOLK + KON**  
*Attorneys for Plaintiff*  
18851 NE 29th Avenue  
Suite 1005  
Aventura, Florida  33180  
T.305.935.4440  
F.305.935.4470  

By: */s/ Joshua R. Kon*  
ROBERT A. STOK, ESQ.  
Florida Bar No. 857051  
rstok@stoklaw.com  
JOSHUA R. KON, ESQ.  
Florida Bar No. 0056147  
jkon@stoklaw.com  

**SHENDELL & POLLOCK, P.L.**  
A*ttorneys for Defendants*  
Fountain Square  
2700 North Military Trail  
Boca Raton, Florida 33431  
Phone: (561) 241-2323  
Fax: (561) 241-2330  

By: */s/ Kenneth S. Pollock*  
Gary R. Shendell, Esq.  
Florida Bar No.: 964440  
gary@shendellpollock.com  
Kenneth S. Pollock, Esq.  
Florida Bar No.: 069558  
ken@shendellpollock.com  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system on this 21st day of July, 2015 and also certify that a true and correct copy of the foregoing was served via by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: */s/ Joshua R. Kon*  
JOSHUA R. KON, ESQ.  
Florida Bar No. 0056147  
jkon@stoklaw.com