UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-60764-LENARD/GOODMAN

SONEET KAPILA, as the Chapter 7 Trustee )
of the Geoffrey Edelsten Bankruptcy Estate, )
                                                                                                      )
              Plaintiff, )
                                                                                                        )
v. )
   )
MATTHEW MILITZOK, an individual, and )
MILITZOK & LEVY, P.A., a Florida )
professional association, )
   )
              Defendants. )
_____)

## MEDIATION REPORT

The undersigned served as Mediator at a mediation held January 28, 2016. The parties have reached agreement, which is subject to approval by the United States Bankruptcy Court. Upon approval, it will result in the dismissal of the pending suit. The undersigned further apologizes to this Court for the delay in filing this report.

Dated:  March 7, 2016

                                                Respectfully submitted,

                                               By:/s/ Herbert Stettin
                                                   Herbert Stettin, Mediator

Copies Furnished To:
      Counsel of Record